# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RODMEN FOSTER, BV-3203, | : No. 180 MM 2014 |
| Petitioner | : |
| v. | : |
| KATHLEEN KANE, ATTORNEY GENERAL FOR STATE OF PENNSYLVANIA, MICHAEL C. POTTEIGER, CHAIRMAN OF THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, AND JOHN E. WETZEL, SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.